## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CORENTISS HOLMES, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILING NO.: |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## COMPLAINT FOR DAMAGES
## UNDER THE FEDERAL TORT CLAIMS ACT

COMES NOW, Plaintiff Corentiss Holmes, by and through his attorney and files this his complaint against the United States of America ("U.S."), as follows:

## I.

## JURISDICTION, VENUE, AND CONDITIONS PRECEDENT

1. Plaintiff Corentiss Holmes is a resident of the State of Georgia and has been a resident of the State of Georgia at all times relevant to this case.

2. Defendant U.S. can be served via certified/return receipt requested first class U.S. Mail with the Summons and Complaint by serving the U.S. Attorney, Kurt R. Erskine, Richard B. Russell Federal Bldg., 75 Ted Turner Dr. SW, Suite 600, Atlanta, GA 30303-3309 and the Attorney General of the United States at U.S

Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

3. The claims herein are brought against the U.S. pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) for money damages as compensation for loss of property and personal injuries that were caused by the negligent and wrongful acts and omissions of agents and employees of the United States Government, *inter alia,* negligent operation of a motor vehicle while acting within the scope of their offices and employment, under circumstances where the Defendant U.S., if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Georgia.

4. Venue is proper in that all, or a substantial part of, the events or omissions giving rise to and forming the basis of these claims occurred in the Northern District of Georgia, and arose from the negligent operation of a motor vehicle by the Defendant U.S.

5. Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

6. This suit has been timely filed, in that Plaintiff served notice of his claim on United States Department of Veterans Affairs Regional Office, Office of Chief Counsel, 3322 West End Ave, Suite 509, Nashville, TN 37203 and Department of

Veterans Affairs Torts Law Group, Office of General Counsel, 810 Vermont Ave NW, Washington, DC 20420 on May 7, 2020. Attached hereto and titled "Exhibit 1" is the administrative claim with attachments.

7. The suit has been timely filed pursuant to 28 U.S.C. § 2401(b).

## II.

## EVENTS FORMING THE BASIS OF THE CLAIMS

8. On May 7, 2018, Plaintiff Corentiss Holmes was driving his Chevrolet Trax on Columbia Drive in Dekalb County, Georgia.

9. At the same time and on the occasion in question, a United States Department of Veterans Affairs' Ford Transit was being driven by Department of Veterans Affairs' employee James Hall.

10. James Hall was acting in the scope of his employment with the United States Department of Veterans Affairs.

11. James Hall and Defendant owed a duty to Plaintiff to operate the Ford Transit in an ordinary, safe and negligent-free manner.

12. On May 7, 2018, James Hall negligently drove the Ford Transit into the side of Plaintiff's vehicle.

13. James Hall exercised less than ordinary care in the operation of the Ford Transit;

14. James Hall was negligent per se in violation of OCGA 40-6-48, failure to maintain lane.

15. By James Hall's negligent driving, Defendant breached its duty of ordinary care to Plaintiff.

16. On or about May 7, 2018, Defendant's negligence was the proximate cause of bodily injury to Plaintiff Corentiss Holmes.

17. On or about May 7, 2018, Defendant's negligence was the proximate cause of property damage to Plaintiff's Chevrolet Trax.

## III.

## DAMAGES

18. Plaintiff incorporates by reference herein all allegations set forth above.

19. As a result of the collision, Plaintiff required medical treatment totaling $ 48,811.16.

20. As a result of the collision, Plaintiff endured pain and suffering for which Plaintiff seeks compensation in the amount of $ 53,680.00.

21. As a result of the collision, Plaintiff incurred travel expenses totaling $ 408.48.

22. As a result of the collision, Plaintiff's Chevrolet Trax required repairs of at least $ 721.55.

23. As a result of the collision, Plaintiff suffered from the loss of use of his Chevrolet Trax.

## IV.

## CLAIM·VIOLATION OF FEDERAL TORT CLAIMS ACT

24. Plaintiff incorporates by reference herein all allegations set forth above.

25. On or about May 7, 2018, Defendant U.S. operated a motor vehicle in a negligent manner so as to be the proximate cause of bodily injury to Plaintiff Corentiss Holmes.

26. On or about May 7, 2018, Defendant U.S. operated a motor vehicle in a negligent manner so as to be the proximate cause of property damage to Plaintiff's Chevrolet Trax.

27. Plaintiff did not contribute negligently to the collision.

28. That at the time of the collision the vehicle operated by Defendant U.S. was maintained by Defendant U.S. for its pleasure, comfort and convenience.

29. Defendant U.S. is liable to the Plaintiff for his medical bills, travel expenses and pain and suffering in the amount of approximately $ 102,899.00.

30. Defendant U.S. is liable to the Plaintiff for his property damage and loss of use in the amount of approximately $ 721.55.

## V.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands judgment against Defendant U.S. for:

1. Personal injury damages in the amount of $ 102,899.00 plus court costs and post-judgment interest at the legal rate;

2. Property damages in the amount of $ 721.55 plus court costs and post-judgment interest at the legal rate;

3. For such further and additional relief at law or equity that this Court may deem appropriate or proper.

## VI.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff demands trial by jury in this action of all issues so triable.

Respectfully submitted this August 11, 2021,

770GOODLAW, H.Q. Alex Nguyen Law Firm, LLC

/s/ Mark A. Calhoun
Mark A. Calhoun, Esq.
Ga. Bar No. 106309
Hung Q. Nguyen, Esq.
Georgia Bar No. 940370
Attorneys for Plaintiff

5495 Jimmy Carter Blvd
Suite B17
Norcross, GA 30093
Tel: 770.409.1529
Fax: 770.409.1526
litigation@770goodlaw.com



This is to certify that this document was prepared in accordance with Court Rule L.R. 5.1B, N.D.Ga, in the Times New Roman 14 Point.

# Exhibit "1"

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Department of Veteran Affairs<br>Attn: Sonja Reid, BSN, MHSA, RN<br>1670 Clairmont Road<br>Decatur, Georgia 30033<br>Phone: 404-321-6111, Ext. 7409/3244/121190; Fax: 404-417-1547 | Corentiss C Holmes, 3547 TELSTAR DR<br>ELLENWOOD, GA 30294-1111<br>c/o BLADE INJURY LAW 5317 PEACHTREE BLVD # 408<br>ATLANTA, GA 30341 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>01/12/1978 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>5/7/2018 | 7. TIME (A.M. OR P.M.)<br>1524 or 03:24 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

On 05/07/2018 in Dekalb County, Georgia at approximately 1524 or 03:24 p.m., James Hall operated a Dord Tranbit traveling north on Columbia Drive. At this same time and place, Mr. Holmes operated a Chevrolet Traxx that was also traveling north on Columbia Drive. Mr. Hall negligently merged into Mr. Holmes lane causing a collision between both vehicles. PLEASE REVIEW OUR DEMAND LETTER AND EXHIBITS DATED 09/05/2019.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Corentiss C Holmes, 3547 TELSTAR DR, ELLENWOOD, GA 30294-1111

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Though Mr. Holmes thought that his pain would subside, it worsened and on 05/07/2018 he went to Kaiser Permanente with complaints of left hip pain with reports of sharp pain, numbness, and tingling. He received x-rays of the bilateral hips. He was diagnosed with left hip joint pain and prescribed Tramadol and was given a Methylprednisolone and Ketorolac injections. Mr. Holmes was referred to physical therapy. He returned on 01/14/2019 for a follow-up appointment. Mr. Holmes started chiropractic care with Total Health and Injury specialist on 05/10/2018. He was diagnosed with Cervicalgia, Pain in the thoracic spine, myalgia, low back pain, radiculopathy, strain of muscle and tendon of back wall thorax, neck level, and lower back, sprain of ligaments of cervical, thoracic, and

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| See crash report prepared by Dekalb County Police Department | |

12. (See instructions on reverse.)  AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $721.55 | 102,899.24 | | $103,620.79 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form<br>470-350-8200 | 14. DATE OF SIGNATURE<br>09/05/2019 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109        NSN 7540-00-634-4046        STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15.** Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

Only Allstate Auto Insurance. See below.

**16.** Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes  ☐ No

Allstate Auto Claim # 0504735192

**17.** If deductible, state amount.

N/A

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

Allstate had an estimate for repairs which I have included. Allstate did not handle my repairs.

**19.** Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

See above Allstate.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95  BACK

**FedEx Office**

Address:
   3695 CLUB DR
   DULUTH
   GA 30096
Location:
Device ID: MGEKK
Transaction: -BTC02
   940263357132

---

**FedEx Priority Overnight**
392581003142
   0.5 lb (M)
Declared Value   100                42.15
Recipient Address:
   OFFICE OF CHIEF COUNSEL
   VA REGIONAL OFFICE
   3322 WEST END AVE
   STE 509
   NASHVILLE, TN 37203
   9999999999

Scheduled Delivery Date 5/7/2020

Pricing option:
   ONE RATE

Package Information:
   FedEx Envelope

---

**FedEx Priority Overnight**
392581132634
   0.5 lb (M)
Declared Value   100                42.15
Recipient Address:
   DEPT OF VETERANS AFFAIRS
   TORTS LAW GROUP
   810 VERMONT AVE NW
   OFFICE OF GENERAL COUNSEL
   WASHINGTON, DC 20420
   2026160646

Scheduled Delivery Date 5/7/2020

Pricing option:
   ONE RATE

Package Information:
   FedEx Envelope

Shipment subtotal:        $84.30
**Total Due:**            **$84.30**
(S) CreditCard:
************4313          $84.30

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
   1.800.463.3339



**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.





392581003142 

# Delivered
## Thursday 5/07/2020 at 11:33 am



**DELIVERED**
Signature release on file

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Lilburn, GA US | NASHVILLE, TN US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 392581003142 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 0.5 lbs / 0.23 kgs | Shipper |

| PACKAGING | SPECIAL HANDLING SECTION | STANDARD TRANSIT |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 5/07/2020 by 10:30 am |

| SHIP DATE | ACTUAL DELIVERY | |
|---|---|---|
| Wed 5/06/2020 | Thu 5/07/2020 11:33 am | |

## Travel History

Local Scan Time 

**Thursday, 5/07/2020**

| 11:33 am | NASHVILLE, TN | Delivered |
|---|---|---|
| | | Left at front door. Package delivered to recipient address - release authorized |
| 7:56 am | NASHVILLE, TN | On FedEx vehicle for delivery |
| 7:17 am | NASHVILLE, TN | At local FedEx facility |
| 2:41 am | MEMPHIS, TN | Departed FedEx location |

| | | |
|---|---|---|
| **Wednesday, 5/06/2020** | | |
| 10:35 pm | MEMPHIS, TN | Arrived at FedEx location |
| 8:41 pm | NORCROSS, GA | Left FedEx origin facility |
| 5:02 pm | NORCROSS, GA | Picked up |
| 10:35 am | DULUTH, GA | Picked up |
| | | Tendered at FedEx Office |
| 9:35 am | | Shipment information sent to FedEx |

**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.



392581132634

# Delivered
## Thursday 5/07/2020 at 9:11 am

**DELIVERED**
Signed for by: A. OWENS

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Lilburn, GA US | WASHINGTON, DC US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 392581132634 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| FedEx Location | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| Shipper | FedEx Envelope | Deliver Weekday |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 5/07/2020 by 10:30 am | Wed 5/06/2020 | Thu 5/07/2020 9:11 am |

## Travel History

Local Scan Time

| Thursday, 5/07/2020 | | | |
|---|---|---|---|
| 9:11 am | WASHINGTON, DC | Delivered | |
| 8:52 am | WASHINGTON, DC | Ready for recipient pickup | |
| | | Package available for pickup at: 1501 ECKINGTON PLACE NORTHEAST | |
| 8:28 am | WASHINGTON, DC | Delivery exception | |
| | | Incorrect address | |
| 8:11 am | WASHINGTON, DC | At local FedEx facility | |

| Time | Location | Status |
|---|---|---|
| 5:54 am | DULLES, VA | At destination sort facility |
| 3:19 am | MEMPHIS, TN | Departed FedEx location |

**Wednesday, 5/06/2020**

| Time | Location | Status |
|---|---|---|
| 10:35 pm | MEMPHIS, TN | Arrived at FedEx location |
| 8:41 pm | NORCROSS, GA | Left FedEx origin facility |
| 5:02 pm | NORCROSS, GA | Picked up |
| 10:36 am | DULUTH, GA | Picked up / Tendered at FedEx Office |
| 9:36 am | | Shipment information sent to FedEx |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, the foregoing Summons and Complaint was filed with the United States District Court for the Northern District of Georgia using the CM/ECF system. Additionally, the foregoing document was sent by United States Postal Service first class Certified/ Return Receipt Requested mail, postage prepaid, addressed to the following:

Kurt R. Erskine, U.S. Attorney
Northern District of Georgia
Richard B. Russell Federal Bldg.,
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW,
Washington, D.C. 20530-0001

Respectfully submitted this August 11, 2021,

770GOODLAW, H.Q. Alex Nguyen Law Firm, LLC

/s/ Mark A. Calhoun
Mark A. Calhoun, Esq.
Ga. Bar No. 106309
Hung Q. Nguyen, Esq.
Georgia Bar No. 940370
Attorneys for Plaintiff

5495 Jimmy Carter Blvd
Suite B17

8

Norcross, GA 30093
Tel: 770.409.1529
Fax: 770.409.1526
litigation@770goodlaw.com

9